No. D–2515. IN RE DISCIPLINE OF CALLEGARY. Peter Michael Callegary, of Towson, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2516. IN RE DISCIPLINE OF GILLAND. Michael Brian Gilland, of Towson, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2517. IN RE DISCIPLINE OF PEPYNE. Edward Pepyne, Jr., of Greenfield, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2518. IN RE DISCIPLINE OF FINNERAN. Thomas M. Finneran, of Dorchester, Mass., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2519. IN RE DISCIPLINE OF NGOBENI. Paul Mpande Ngobeni, of Putnam, Conn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2520. IN RE DISCIPLINE OF DEUTCHMAN. Murray Leonard Deutchman, of Rockville, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2521. IN RE DISCIPLINE OF HARRIS-SMITH. Bridgette Miriam Harris-Smith, of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–2522. IN RE DISCIPLINE OF CALLIHAN. Herbert Aldon Callihan, Jr., of Bethesda, Md., is suspended from the practice of